In re Eads Operating Company; Murchison Oil & Gas Inc.; Anderson, William; Bufler & Bufler Constr. Co.; Bufler, Claude; Bufler, Glenn; Davis Crude Inc.; Eads, John; Eads, Ralph; Eads, Ralph III; Garrity, James; Key, Martin L.; Mineral Projects Inc.; Ollinger, Harry; Pollution Control Systems Inc.; Peeples, Eugene M. IV; Peterson, Retha; Roland, George Dr.; Stroud, Richard; Western State Bank; Yager, Sam; Wainoco Oil & Gas Co.; Jones Co. d/b/a; Jones Exploration Co.; Olafson, Jim;—Plaintiff(s); applying for writ of cer-tiorari and/or review; to the Court of Appeal, First Circuit, Nos. 87CA 1743, 88CA 1007; Parish of East Baton Rouge, 19th Judicial District Court, Div. “I”, No. 291,-647.
Denied.